UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF:

MARK EDWARD DANN

Case No.: 12-mc-077
JUDGE EDMUND A. SARGUS, JR.

### ORDER OF REINSTATEMENT

This matter is before the Court for consideration of Respondent's Request for Reinstatement (Doc. 6). Respondent was suspended for six months from the practice of law in Ohio by Order of the Supreme Court of Ohio dated November 20, 2012. On November 30, 2012, an Order to Show Cause why this Court should not impose the identical discipline was served upon Respondent by certified mail, return receipt requested, and posted to this Court's official website. Thereafter, a reciprocal order was issued suspending Respondent from the practice of law in this Court for a period of six months. On June 14, 2013, Respondent filed a Petition for Reinstatement.

Respondent avers that on June 11, 2013 the Supreme Court of Ohio reinstated him to the practice of law. The Supreme Court of Ohio found that Respondent had complied with its previous orders. Likewise, on April 4, 2013, this Court found that Respondent had complied with the orders issued in this case.

Therefore, pursuant to Rule VII of the Model Federal Rules of Disciplinary, adopted by this Court on February 1, 1979, Respondent Mark Edward Dann's Request for Reinstatement (Doc. 6) is hereby **GRANTED**. He is hereby permitted to practice law before this Court upon the payment of a $176.00 reinstatement fee.

**IT IS SO ORDERED.**

6-27-2013
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE